B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NCA Financial, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA NCA Financial Services, Inc** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**94-3342718** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9438 Lincoln Village Drive**<br>**Sacramento, CA**      ZIP Code **95825** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Sacramento** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3539 Bradshaw Rd.**<br>**#390**<br>**Sacramento, CA**      ZIP Code **95827** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9     of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13    of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

2009-31129
FILED
June 01, 2009
4:41 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001866105

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**NCA Financial, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**_____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>     _____<br>     (Name of landlord that obtained judgment)<br><br><br>     _____<br>     (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**NCA Financial, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ John M. O'Donnell, Esq.**
Signature of Attorney for Debtor(s)

**John M. O'Donnell, Esq. 142906**
Printed Name of Attorney for Debtor(s)

**Law Offices of John M. O'Donnell**
Firm Name

**John M. O'Donnell, Esq.**
**915 University Avenue**

_____
Address

**916-563-7744  Fax: 916-563-7748**
Telephone Number

**June  1, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Sahlbach, President**
Signature of Authorized Individual

**Michael Sahlbach, President**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**June  1, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **NCA Financial, Inc.**    ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0**  continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07)

In re **NCA Financial, Inc.** Case No. _____

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re __NCA Financial, Inc._____,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94257-0011 | - | | | | | | 845.00 | 0.00<br><br>845.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00<br>845.00 | 845.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00<br>845.00 | 845.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **NCA Financial, Inc.** , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **555-1212.com, Inc.** <br> **PO Box 3713** <br> **Truckee, CA 96160** | - | | | | | | 437.19 |
| Account No. <br><br> **Aaron M Wigod** <br> **River Park Center** <br> **205 SE Spokane St** <br> **Ste 300** <br> **Portland, OR 97202** | - | | | | | | 604.00 |
| Account No.  **1006726** <br><br> **Accurint** <br> **Attn: Accounts Receivable** <br> **PO Box 7247-6157** <br> **Philadelphia, PA 19170-6157** | - | | | | | | 45,087.12 |
| Account No. <br><br> **Action Legal Support Service** <br> **5528 N. Palm** <br> **Suite 123** <br> **Fresno, CA 93704** | - | | | | | | 1,699.50 |

| | Subtotal <br> (Total of this page) | 47,827.81 |
|---|---|---|

__24__  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        S/N:26694-090310   Best Case Bankruptcy

In re   **NCA Financial, Inc.**                                               ,       Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Acxiom / Insight America** <br> **4090 Collections Center Dr** <br> **Chicago, IL 60693** | - | | | | | | 7,830.00 |
| Account No. | | | | | | | |
| **Alston Hunt Floyd & Ing** <br> **PO Box 2281** <br> **Honolulu, HI 96804-2281** | - | | | | | | 24,820.07 |
| Account No. | | | | | | | |
| **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-0001** | - | | | | | | 930.70 |
| Account No. | | | | | | | |
| **American Express / Datamark** <br> **Attn: Subpoena Department** <br> **43 Butterfield Circle** <br> **El Paso, TX 79906** | - | | | | | | 504.15 |
| Account No. | | | Judgment | | | | |
| **Anita Bochman** <br> **Timothy J. Burke** <br> **Stull, Stull & Brody** <br> **10940 Wilshire Blvd., Ste. 2300** <br> **Los Angeles, CA 90024** | - | | | | | | 65,000.00 |

Sheet no. __1__ of __24__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)          **99,084.92**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re    **NCA Financial, Inc.**                       ,      Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arval Legal Services**<br>**PO Box 667**<br>**Lemoore, CA 93245** | - | | | | | | 232.00 |
| Account No.<br><br>**Attorney's Diversified Services**<br>**PO Box 2799**<br>**Sacramento, CA 95812** | - | | | | | | 10,008.45 |
| Account No.<br><br>**Attorney's Messenger Service**<br>**31 H Street**<br>**Bakersfield, CA 93304** | - | | | | | | 969.00 |
| Account No.<br><br>**Attorneys To Go**<br>**PO Box 20046**<br>**Riverside, CA 92516-0046** | - | | | | | | 2,406.00 |
| Account No.<br><br>**Bailes, Craig & Yon, PLLC**<br>**Attorneys at Law**<br>**PO Box 1926**<br>**Huntington, WV 25720-1926** | - | | | | | | 785.39 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                        (Total of this page)      **14,400.84**

In re   **NCA Financial, Inc.**                              ,    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **68240046384199** <br><br> **Bank of America** <br> **Bank of America, N.A.** <br> **PO Box 26078** <br> **Greensboro, NC 27420-6078** | - | | Loan | | | | 62,950.00 |
| Account No. <br><br> **Bay Point Legal Service** <br> **820 Park Row** <br> **#652** <br> **Salinas, CA 93901** | - | | | | | | 573.50 |
| Account No. <br><br> **Becker & Cali** <br> **3296 Main St** <br> **PO Box 6468** <br> **Bridgeport, CT 06606-6468** | - | | | | | | 2,882.60 |
| Account No. <br><br> **Benjamin Law Offices** <br> **3620 American River Drive** <br> **Suite 130** <br> **Sacramento, CA 95864** | - | | | | | | 8,669.34 |
| Account No. <br><br> **Binger Law Office** <br> **307 West 14th St** <br> **Sioux Falls, SD 57104** | - | | | | | | 1,105.26 |

Sheet no. **3** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                | **76,180.70**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __NCA Financial, Inc._____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bond Services of California, LLC** <br> **One Concord Centre** <br> **2300 Clayton Rd** <br> **Suite 1440** <br> **Concord, CA 94520** | | - | | | | | 176.00 |
| Account No. <br><br> **Buckingham, Doolittle & Burroughs, LLP** <br> **4518 Fulton Dr** <br> **Canton, OH 44735-5548** | | - | | | | | 62,297.12 |
| Account No. <br><br> **C&P Legal Services** <br> **2730 Arden Way** <br> **Suite 222** <br> **Sacramento, CA 95825** | | - | | | | | 1,050.00 |
| Account No. <br><br> **Capital Envelope** <br> **3600 Industrial Blvd** <br> **Suite 10** <br> **West Sacramento, CA 95621** | | - | | | | | 900.00 |
| Account No. 7813 <br><br> **Capital One Bank (USA), N.A.** <br> **P.O. Box 60024** <br> **City Of Industry, CA 91716-0024** | | - | | | | | 8,545.14 |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,968.26

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **NCA Financial, Inc.**                              ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **9460** | | | | | | | | |
| **Capital One Bank (USA), N.A.** **P.O. Box 60599** **City of Industry, CA 91716-0599** | | - | | | | | | 6,488.98 |
| Account No. | | | | | | | | |
| **Chase Card Services** **500 Stanton Christiana Rd** **CC Commons - Inv Dept/J** **Newark, DE 19713-2107** | | - | | | | | | 516.00 |
| Account No. | | | | | | | | |
| **Church, Harris, Johnson & Williams PC** **PO Box 1645** **Third Fl** **Wells Fargo Bldg** **Great Falls, MT 59403** | | - | | | | | | 2,678.40 |
| Account No. | | | | | | | | |
| **Clinical Health Appraisals, Inc.** **9312 Candalero Court** **Elk Grove, CA 95758** | | - | | | | | | 1,700.00 |
| Account No. | | | | | | | | |
| **Cohen & Malad, LLP** **One Indiana Square** **Ste 1400** **Indianapolis, IN 46204** | | - | | | | | | 3,928.31 |

Sheet no. <u>5</u> of <u>24</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal

                          (Total of this page)     **15,311.69**

In re     **NCA Financial, Inc.**                    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Cohn Dussi & Bilodeau LLC<br>931 Jefferson Blvd<br>Suite 2007<br>Warwick, RI 02886 | - | | | | | | 211.69 |
| Account No. | | | | | | | |
| Copy Rite<br>PO Box 52777<br>Riverside, CA 92517 | - | | | | | | 7,472.90 |
| Account No. | | | | | | | |
| Couch, Stillman, Blitt & Conville<br>111 Veterans Blvd<br>Suite 1660<br>Metairie, LA 70005 | - | | | | | | 3,196.87 |
| Account No. | | | | | | | |
| Countrywide Process LLC<br>5437 Laurel Canyon Blvd<br>Suite 112<br>Valley Village, CA 91607-4615 | - | | | | | | 10,485.00 |
| Account No. | | | | | | | |
| CPP Alarm & Video, Inc.<br>PO Box 255666<br>Sacramento, CA 95865 | - | | | | | | 540.00 |

Sheet no. __6__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
            (Total of this page)     21,906.46

In re    **NCA Financial, Inc.**                                                    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Daggett & Parker** <br>**148 Middle Street** <br>**PO Box 10189** <br>**Portland, ME 04104** | | - | | | | | 878.34 |
| Account No. <br><br>**Darnieder & Geraghty** <br>**735 N Water St** <br>**Suite 930** <br>**Milwaukee, WI 53202** | | - | | | | | 12,212.76 |
| Account No. <br><br>**David B. Christian Law Office** <br>**1416 Main Street** <br>**Woodward, OK 73801** | | - | | | | | 544.44 |
| Account No. <br><br>**Discover Financial Services** <br>**PO Box 15083** <br>**Wilmington, DE 19850-5083** | | - | | | | | 145.32 |
| Account No. <br><br>**Edwin A. Abrahamsen & Associates, P.C.** <br>**1729 Pittston Ave** <br>**Scranton, PA 18505** | | - | | | | | 10,695.46 |

Sheet no. __7__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,476.32

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **NCA Financial, Inc.**                                  ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ellis Coleman Poirier, La Voie**<br>**555 University Ave**<br>**Suite 200**<br>**Sacramento, CA 95825** | - | | | | | | 14,082.39 |
| Account No. <br><br>**Elvin Kanter, P.A.**<br>**PO Box 25483**<br>**Albuquerque, NM 87125** | - | | | | | | 4,039.37 |
| Account No. <br><br>**Evergreen Collateral Cunsulting. LLC**<br>**16118 46th Driv**<br>**SE**<br>**Bothell, WA 89012** | - | | | | | | 14,278.27 |
| Account No. <br><br>**Examone**<br>**2414 24th St**<br>**Sacramento, CA 95818** | - | | | | | | 1,225.00 |
| Account No. <br><br>**Experian**<br>**Dept. 1971**<br>**Los Angeles, CA 90088** | - | | | | | | 11,240.13 |

Sheet no. __8__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      
(Total of this page)           **44,865.16**

In re **NCA Financial, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Faria Printing and Graphics**<br>**1812 Tribute Rd**<br>**Suite H**<br>**Sacramento, CA 95815-4307** | | - | | | | | | 182.10 |
| Account No.<br><br>**Federal Express**<br>**PO Box 7221**<br>**Pasadena, CA 91109-7321** | | - | | | | | | 184.38 |
| Account No.<br><br>**Fidelity Investments**<br>**Institutional Operations Co.**<br>**PO Box 73307**<br>**Chicago, IL 60673-7307** | | - | | | | | | 2,865.75 |
| Account No.<br><br>**Fine, P.S.**<br>**Attorney's At Law**<br>**2131 Second Ave**<br>**Seattle, WA 98121** | | - | | | | | | 3,124.32 |
| Account No.<br><br>**Finv, Inc.**<br>**PO Box 1916**<br>**Brentwood, CA 94513** | | - | | | | | | 3,360.00 |

Sheet no. **9** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,716.55

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **NCA Financial, Inc.**                                        ,       Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Lawsuit as comaker of a loan | | | | |
| First Bank, N.A. Atty Kirschenbaum c/o Buchalter Nemer 333 Market St., 25th Fl San Francisco, CA 94105 | - | | | | | | | 25,000,000.00 |
| Account No. | | | | | | | | |
| Global Connect 5218 Atlantic Ave Suite 202 Mays Landing, NJ 08330-2003 | - | | | | | | | 10,752.94 |
| Account No. | | | | | | | | |
| Greene & Cooper, P.S.C. PO Box 20067 Louisville, KY 40250-0067 | - | | | | | | | 3,021.52 |
| Account No. | | | | | | | | |
| Greene & Markley, P.C. 1515 SW 5th Avenue Suite 600 Portland, OR 97202 | - | | | | | | | 24,923.01 |
| Account No. | | | | | | | | |
| Halcomb & Wertheim 2101 6th Avenue North Suite 1150 Birmingham, AL 35203 | - | | | | | | | 2,630.96 |

Sheet no. **10** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                            (Total of this page)     25,041,328.43

In re   **NCA Financial, Inc.**                                                  Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| Howard Weber<br>Attorney at Law<br>61 Broadway<br>Suite 2780<br>New York, NY 10006 | | | | | | | 1,990.00 |
| Account No. | | - | | | | | |
| HSBC Card Services<br>Attn: Executive Services<br>PO Box 80026<br>Salinas, CA 93912 | | | | | | | 1,321.30 |
| Account No. | | - | | | | | |
| Inet Discovery<br>c/o Exchange Capital Cor<br>5300 Town & Country Blvd<br>Suite 215<br>Frisco, TX 75034 | | | | | | | 5,600.00 |
| Account No. | | - | | | | | |
| J. Haber Attorney Service<br>1128 E Sixth St<br>Ste 2<br>Corona, CA 92879 | | | | | | | 2,373.50 |
| Account No. | | - | | | | | |
| James Brendan Carroll III, P.C.<br>501 Elm St<br>Ste 385<br>Dallas, TX 75202 | | | | | | | 4,192.50 |

Sheet no. **11** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal<br>(Total of this page)          **15,477.30**

In re    **NCA Financial, Inc.**                                                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Janney & Janney Attorney Service 801 S. Victoria Ave Suite 304 Ventura, CA 93003 | | - | | | | | | 7,372.18 |
| Account No. | | | | | | | | |
| Johnson & Silver, LLP 12720 Hillcrest Road Ste 280 Dallas, TX 75230-2053 | | - | | | | | | 116,793.21 |
| Account No. | | | | FDCPA claim and suit  Claim amount: unknown | | | | |
| Jose Gutierres Law Office of Balam O Letona 1347 Pacific Avenue Suite 203 Santa Cruz, CA 95060 | | - | | | | | | 1.00 |
| Account No. | | | | | | | | |
| JP Morgan Chase Bank, N.A. 7610 W. Washington St Mail Code In 1-4054 Indianapolis, IN 46231 | | - | | | | | | 423.25 |
| Account No. 73030 | | | | | | | | |
| Kaiser Foundation Health Plan File Number 73030 PO Box 60000 San Francisco, CA 94160-3030 | | - | | | | | | 5,802.00 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 130,391.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

In re    **NCA Financial, Inc.**                                   ,       Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. <br><br>**Kern Legal Services**<br>**1614 W. Temple St**<br>**Los Angeles, CA 90026** | - | | | | | | 2,425.00 |
| Account No. <br><br>**Knox Attorney Service, Inc.**<br>**Attn: Accounts Receivable**<br>**2250 Fourth Ave**<br>**San Diego, CA 92101** | - | | | | | | 35,609.75 |
| Account No. <br><br>**L.J. Frank P.C.**<br>**16155 West Twelve Mile Rd**<br>**Suite 6**<br>**Southfield, MI 48076** | - | | | | | | 2,103.84 |
| Account No. <br><br>**Lacy Katzen LLP**<br>**130 E. Main St**<br>**Rochester, NY 14604** | - | | | | | | 17,851.86 |
| Account No. <br><br>**Law Office of Sipe & Landon**<br>**5363 East Pima**<br>**Suite 200**<br>**Tucson, AZ 85712** | - | | | | | | 3,850.00 |

Sheet no. __13__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      **61,840.45**

In re   **NCA Financial, Inc.**                              Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Law Office of Steve Levy 6055 E. Washington Blvd Suite 590 Los Angeles, CA 90040 | | - | | | | | | 3,430.00 |
| Account No. | | | | | | | | |
| Law Offices of Randall L. Pratt 1 Cate Street Portsmouth, NH 03801 | | - | | | | | | 1,181.00 |
| Account No. | | | | | | | | |
| Lawrence M Smith 8139 Sunset Ave #215 Fair Oaks, CA 95628 | | - | | | | | | 3,769.88 |
| Account No. | | | | | | | | |
| Leif A. Nelson, P.C. 710 Kipling St Suite 402 Lakewood, CO 80215 | | - | | | | | | 40,045.66 |
| Account No. | | | | | | | | |
| Lexis-Nexis PO Box 894166 Los Angeles, CA 90189-4166 | | - | | | | | | 5,636.47 |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      54,063.01

In re    **NCA Financial, Inc.**                             ,         Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Lungren Investigations PO Box 2115 Cypress, CA 90630 | - | | | | | | 12,535.00 |
| Account No. | | | | | | | |
| Mann Bracken, LLC 1953 Gallows Road Suite 240 Vienna, VA 22182 | - | | | | | | 1,225.00 |
| Account No. | | | | | | | |
| Martin, Leigh, Laws & Fritzlen, P.C. 900 Peck's Plaza 1044 Main St Kansas City, MO 64105 | - | | | | | | 8,738.71 |
| Account No. | | | | | | | |
| May, Sudweeks & Browning PO Box 1846 Twin Falls, ID 83303-1846 | - | | | | | | 1,087.46 |
| Account No. | | | | | | | |
| McIntosh Law Firm, P.C. PO Box 2270 Davidson, NC 28036 | - | | | | | | 10,215.00 |

Sheet no. __15__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,801.17

In re __NCA Financial, Inc.__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| McLelland Law Office PLLC<br>8362 Tamarack Village<br>Suite 119-273<br>Woodbury, MN 55125 | | - | | | | | | 13,464.00 |
| Account No. | | | | | | | | |
| Mel Harris and Associates, LLC<br>5 Hanover Square<br>8th Floor<br>New York, NY 10004 | | - | | | | | | 2,557.50 |
| Account No. | | | | | | | | |
| Michael Sahlbach<br>3539 Bradshaw Rd.<br>#390<br>Sacramento, CA 95827 | | - | | | | | | 242,110.00 |
| Account No. | | | | | | | | |
| Miles, Bauer, Bergstrom, & Winters, LLP<br>1665 Scenic Ave<br>Suite 200<br>Costa Mesa, CA 92626 | | - | | | | | | 51,784.92 |
| Account No. | | | | | | | | |
| Mirror Image Process Service<br>2351 Sunset Blvd<br>Ste. 170-501<br>Rocklin, CA 95765 | | - | | | | | | 440.00 |

Sheet no. __16__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

310,356.42

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **NCA Financial, Inc.**                                       Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Monster, Inc. File 70104 Los Angeles, CA 90074-0104 | - | | | | | | | 6,500.00 |
| Account No. | | | | | | | | |
| Moore Ingram Johnson & Steele Emerson Overlook 326 Roswell St Marietta, GA 30060 | - | | | | | | | 29,220.26 |
| Account No. | | | | | | | | |
| Nathan A. Schwartz, P.A. 1650 S. Dixie Highway Ste 200 Boca Raton, FL 33432 | - | | | | | | | 47,086.38 |
| Account No. | | | | | | | | |
| National Arbitration Forum Attn: Accounts Receivable PO Box 50670 Minneapolis, MN 55405-0670 | - | | | | | | | 1,750.00 |
| Account No. | | | | | | | | |
| Nextech Products of Florida, LLC 1818 South Australian Ave Suite 106 West Palm Beach, FL 33409 | - | | | | | | | 4,380.00 |

Sheet no. __17__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal
(Total of this page)      88,936.64

In re    **NCA Financial, Inc.**                                ,       Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Optimum Asset Recovery<br>7405 Greenback Lane<br>#237<br>Citrus Heights, CA 95610 | | - | | | | | 1,680.00 |
| Account No. 15728714880<br><br>PBCC<br>Pitney Bowes<br>PO Box 856460<br>Louisville, KY 40285-5460 | | - | Lease | | | | 17,980.00 |
| Account No.<br><br>PDJ Investigations Services<br>PO Box 788<br>Granbury, TX 76048 | | - | | | | | 1,505.00 |
| Account No.<br><br>Pitney Works<br>Purchase Power<br>PO Box 856042<br>Louisville, KY 40285-6042 | | - | Line of Credit | | | | 38,274.26 |
| Account No.<br><br>Rainey, Kizer, Reviere & Bell, P.L.C.<br>Attn: Accounting Dept<br>209 East Main St<br>Jackson, TN 38301 | | - | | | | | 9,495.62 |

Sheet no. **18** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **68,934.88**

In re __NCA Financial, Inc._____,     Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Randall & Nelson, PLC <br> PO Box 1020 <br> Waterloo, IA 50701 | | - | | | | | 3,024.72 |
| Account No. <br><br> Robert H. Greene, Esq. <br> 1135 North Main St <br> Brockton, MA 02301 | | - | | | | | 4,386.71 |
| Account No. <br><br> Sac Val Janitorial Supply <br> 2421 Del Monte Street <br> West Sacramento, CA 95691-3827 | | - | | | | | 478.22 |
| Account No. <br><br> Sacramento Bee <br> PO Box 11967 <br> Fresno, CA 93776-1967 | | - | | | | | 2,412.00 |
| Account No. <br><br> Sacramento County <br> Unsecured Tax Unit <br> PO Box 508 <br> Sacramento, CA 95812-0508 | | - | | | | | 7,116.34 |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,417.99

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

In re __NCA Financial, Inc.__ ,      Case No. _____

                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **Sayler Legal Service, Inc.** <br> **455 Reservation Road** <br> **Marina, CA 93933** | - | | | | | | 193.50 |
| **Account No.** <br><br> **Shenandoah Legal Group, P.C.** <br> **310 Jefferson St SE** <br> **Roanoke, VA 24002-0075** | - | | | | | | 4,997.75 |
| **Account No.** <br><br> **Sierra Office Supply & Printing** <br> **9950 Horn Rd** <br> **Suite 5** <br> **Sacramento, CA 95827** | - | | | | | | 12,184.00 |
| **Account No.** <br><br> **Sorman & Frankel, LTD** <br> **203 North La Salle St** <br> **Suite 2350** <br> **Chicago, IL 60601** | - | | | | | | 51,243.91 |
| **Account No.** <br><br> **Southern & Allen** <br> **12410 Cantrell** <br> **Suite 100** <br> **Little Rock, AR 72223** | - | | | | | | 2,682.46 |

Sheet no. __20__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                  Subtotal              71,301.62
(Total of this page)

In re   **NCA Financial, Inc.**                                    ,      Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | - | | | | | | | |
| Staples Business Advantage Dept LA 1368 PO Box 83689 Chicago, IL 60696-3689 | | | | | | | | | 3,030.03 |
| **Account No.** | | - | | | | | | | |
| Stark & Stark, P.C. 993 Lenox Drive 3rd Floor Lawrenceville, NJ 08648 | | | | | | | | | 10,941.50 |
| **Account No.** | | - | | | Judgment | | | | |
| State of Idaho Matthew R. Eason, Esq. Eason & Tambornini 1819 K St., Ste. 200 Sacramento, CA 95811 | | | | | | | | | 90,000.00 |
| **Account No.** | | - | | | | | | | |
| Stephen B Elggren P.C. 7390 South Creek Rd #201 Sandy, UT 84093 | | | | | | | | | 6,817.00 |
| **Account No.** | | - | | | | | | | |
| Stokes & Clinton Attorney at Law A Professional Corporation PO Box 991801 Mobile, AL 36691 | | | | | | | | | 1,001.97 |

Sheet no. __21__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal (Total of this page)      **111,790.50**

In re __NCA Financial, Inc._____,  Case No. _____

                                                                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Suhavali<br>Gay Grunfeld, Esq./ Nura Maznavi, Esq.<br>Rosen Bien & Galvan LLP<br>315 Montgomery St., 10th Fl<br>San Francisco, CA 94104 | | - | | Claim for religious discrimination, now being arbitrated in National Arbotrations Forum | | | | 500,000.00 |
| Account No.<br><br>Talx Corporation<br>4076 Payshere Circle<br>Chicago, IL 60674 | | - | | | | | | 26,912.20 |
| Account No.<br><br>Telepacific Communications<br>515 South Flower Street, 47th Floor<br>Los Angeles, CA 90071 | | - | | DSL Service | | | | 466.42 |
| Account No.<br><br>The Gallagher Group<br>Legal Photocopy Service<br>2619 La Mesa Way<br>Sacramento, CA 95825-0336 | | - | | | | | | 473.85 |
| Account No.<br><br>The Hartford<br>PO Box 2907<br>Hartford, CT 06104-2907 | | - | | | | | | 1,334.75 |

Sheet no. __22__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

529,187.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **NCA Financial, Inc.**          Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Thompson West<br>West Payment Center<br>PO Box 6292<br>Carol Stream, IL 60197-6292 | | - | | | | | | 535.53 |
| Account No.<br><br>Tommy Lowe<br>DBA T&J Attorney Service<br>625 Webster St<br>Fairfield, CA 94533 | | - | | | | | | 390.00 |
| Account No.<br><br>Travelers<br>13607 Collections Center Dr<br>Chicago, IL 60693 | | - | | | | | | 7,807.45 |
| Account No.<br><br>TSI<br>2829 Townsgate Rd<br>Suite 103<br>Westlake Village, CA 91361 | | - | | | | | | 3,704.57 |
| Account No.<br><br>Webco Communications<br>8139 Sunset Ave<br>Suite 251<br>Fair Oaks, CA 95628 | | - | | | | | | 2,902.79 |

Sheet no. __23__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
              (Total of this page)          15,340.34

In re  **NCA Financial, Inc.**                                                            Case No. _____
                                                          ,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Weinstock, Friedman & Friedman 4 Reservoir Circle Baltimore, MD 21208 | | - | | | | | | 2,850.84 |
| Account No. | | | | | | | | |
| Willson & Pechacek, P.L.C. 421 West Broadway Suite 200 PO Box 2029 Council Bluffs, IA 51502-2029 | | - | | | | | | 22,003.10 |
| Account No. | | | | | | | | |
| Young Williams P.A. 2000 Amsouth Plaza Jackson, MS 39201 | | - | | | | | | 5,897.22 |
| Account No. | | | | | | | | |
| Zurich North America 8712 Innovation Way Chicago, IL 60682-0087 | | - | | | | | | 932.58 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          31,683.74

Total
(Report on Summary of Schedules)             27,008,590.06

555-1212.com, Inc.
PO Box 3713
Truckee, CA 96160


Aaron M Wigod
River Park Center
205 SE Spokane St
Ste 300
Portland, OR 97202


Accurint
Attn: Accounts Receivable
PO Box 7247-6157
Philadelphia, PA 19170-6157


Action Legal Support Service
5528 N. Palm
Suite 123
Fresno, CA 93704


Acxiom / Insight America
4090 Collections Center Dr
Chicago, IL 60693


Alston Hunt Floyd & Ing
PO Box 2281
Honolulu, HI 96804-2281


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express / Datamark
Attn: Subpoena Department
43 Butterfield Circle
El Paso, TX 79906


Anita Bochman
Timothy J. Burke
Stull, Stull & Brody
10940 Wilshire Blvd., Ste. 2300
Los Angeles, CA 90024


Arval Legal Services
PO Box 667
Lemoore, CA 93245

Attorney's Diversified Services
PO Box 2799
Sacramento, CA 95812

Attorney's Messenger Service
31 H Street
Bakersfield, CA 93304

Attorneys To Go
PO Box 20046
Riverside, CA 92516-0046

Bailes, Craig & Yon, PLLC
Attorneys at Law
PO Box 1926
Huntington, WV 25720-1926

Bank of America
Bank of America, N.A.
PO Box 26078
Greensboro, NC 27420-6078

Bay Point Legal Service
820 Park Row
#652
Salinas, CA 93901

Becker & Cali
3296 Main St
PO Box 6468
Bridgeport, CT 06606-6468

Benjamin Law Offices
3620 American River Drive
Suite 130
Sacramento, CA 95864

Binger Law Office
307 West 14th St
Sioux Falls, SD 57104

Bond Services of California, LLC
One Concord Centre
2300 Clayton Rd
Suite 1440
Concord, CA 94520

Buckingham, Doolittle & Burroughs, LLP
4518 Fulton Dr
Canton, OH 44735-5548


C&P Legal Services
2730 Arden Way
Suite 222
Sacramento, CA 95825


Capital Envelope
3600 Industrial Blvd
Suite 10
West Sacramento, CA 95621


Capital One Bank (USA), N.A.
P.O. Box 60024
City Of Industry, CA 91716-0024


Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599


Chase Card Services
500 Stanton Christiana Rd
CC Commons - Inv Dept/J
Newark, DE 19713-2107


Church, Harris, Johnson & Williams PC
PO Box 1645
Third Fl
Wells Fargo Bldg
Great Falls, MT 59403


Clinical Health Appraisals, Inc.
9312 Candalero Court
Elk Grove, CA 95758


Cohen & Malad, LLP
One Indiana Square
Ste 1400
Indianapolis, IN 46204


Cohn Dussi & Bilodeau LLC
931 Jefferson Blvd
Suite 2007
Warwick, RI 02886

Copy Rite
PO Box 52777
Riverside, CA 92517


Couch, Stillman, Blitt & Conville
111 Veterans Blvd
Suite 1660
Metairie, LA 70005


Countrywide Process LLC
5437 Laurel Canyon Blvd
Suite 112
Valley Village, CA 91607-4615


CPP Alarm & Video, Inc.
PO Box 255666
Sacramento, CA 95865


Daggett & Parker
148 Middle Street
PO Box 10189
Portland, ME 04104


Darnieder & Geraghty
735 N Water St
Suite 930
Milwaukee, WI 53202


David B. Christian Law Office
1416 Main Street
Woodward, OK 73801


Discover Financial Services
PO Box 15083
Wilmington, DE 19850-5083


Edwin A. Abrahamsen & Associates, P.C.
1729 Pittston Ave
Scranton, PA 18505


Ellis Coleman Poirier, La Voie
555 University Ave
Suite 200
Sacramento, CA 95825

Elvin Kanter, P.A.
PO Box 25483
Albuquerque, NM 87125


Evergreen Collateral Cunsulting. LLC
16118 46th Driv
SE
Bothell, WA 89012


Examone
2414 24th St
Sacramento, CA 95818


Experian
Dept. 1971
Los Angeles, CA 90088


Faria Printing and Graphics
1812 Tribute Rd
Suite H
Sacramento, CA 95815-4307


Federal Express
PO Box 7221
Pasadena, CA 91109-7321


Fidelity Investments
Institutional Operations Co.
PO Box 73307
Chicago, IL 60673-7307


Fine, P.S.
Attorney's At Law
2131 Second Ave
Seattle, WA 98121


Finv, Inc.
PO Box 1916
Brentwood, CA 94513


First Bank, N.A.
Atty Kirschenbaum
c/o Buchalter Nemer
333 Market St., 25th Fl
San Francisco, CA 94105

Franchise Tax Board
PO Box 942867
Sacramento, CA 94257-0011

Global Connect
5218 Atlantic Ave
Suite 202
Mays Landing, NJ 08330-2003

Greene & Cooper, P.S.C.
PO Box 20067
Louisville, KY 40250-0067

Greene & Markley, P.C.
1515 SW 5th Avenue
Suite 600
Portland, OR 97202

Halcomb & Wertheim
2101 6th Avenue North
Suite 1150
Birmingham, AL 35203

Howard Weber
Attorney at Law
61 Broadway
Suite 2780
New York, NY 10006

HSBC Card Services
Attn: Executive Services
PO Box 80026
Salinas, CA 93912

Inet Discovery
c/o Exchange Capital Cor
5300 Town & Country Blvd
Suite 215
Frisco, TX 75034

J. Haber Attorney Service
1128 E Sixth St
Ste 2
Corona, CA 92879

James Brendan Carroll III, P.C.
501 Elm St
Ste 385
Dallas, TX 75202


Janney & Janney Attorney Service
801 S. Victoria Ave
Suite 304
Ventura, CA 93003


Johnson & Silver, LLP
12720 Hillcrest Road
Ste 280
Dallas, TX 75230-2053


Jose Gutierres
Law Office of Balam O Letona
1347 Pacific Avenue
Suite 203
Santa Cruz, CA 95060


JP Morgan Chase Bank, N.A.
7610 W. Washington St
Mail Code In 1-4054
Indianapolis, IN 46231


Kaiser Foundation Health Plan
File Number 73030
PO Box 60000
San Francisco, CA 94160-3030


Kern Legal Services
1614 W. Temple St
Los Angeles, CA 90026


Knox Attorney Service, Inc.
Attn: Accounts Receivable
2250 Fourth Ave
San Diego, CA 92101


L.J. Frank P.C.
16155 West Twelve Mile Rd
Suite 6
Southfield, MI 48076

Lacy Katzen LLP
130 E. Main St
Rochester, NY 14604


Law Office of Sipe & Landon
5363 East Pima
Suite 200
Tucson, AZ 85712


Law Office of Steve Levy
6055 E. Washington Blvd
Suite 590
Los Angeles, CA 90040


Law Offices of Randall L. Pratt
1 Cate Street
Portsmouth, NH 03801


Lawrence M Smith
8139 Sunset Ave
#215
Fair Oaks, CA 95628


Leif A. Nelson, P.C.
710 Kipling St
Suite 402
Lakewood, CO 80215


Lexis-Nexis
PO Box 894166
Los Angeles, CA 90189-4166


Lungren Investigations
PO Box 2115
Cypress, CA 90630


Mann Bracken, LLC
1953 Gallows Road
Suite 240
Vienna, VA 22182


Martin, Leigh, Laws & Fritzlen, P.C.
900 Peck's Plaza
1044 Main St
Kansas City, MO 64105

May, Sudweeks & Browning
PO Box 1846
Twin Falls, ID 83303-1846

McIntosh Law Firm, P.C.
PO Box 2270
Davidson, NC 28036

McLelland Law Office PLLC
8362 Tamarack Village
Suite 119-273
Woodbury, MN 55125

Mel Harris and Associates, LLC
5 Hanover Square
8th Floor
New York, NY 10004

Michael Sahlbach
3539 Bradshaw Rd.
#390
Sacramento, CA 95827

Miles, Bauer, Bergstrom, & Winters, LLP
1665 Scenic Ave
Suite 200
Costa Mesa, CA 92626

Mirror Image Process Service
2351 Sunset Blvd
Ste. 170-501
Rocklin, CA 95765

Monster, Inc.
File 70104
Los Angeles, CA 90074-0104

Moore Ingram Johnson & Steele
Emerson Overlook
326 Roswell St
Marietta, GA 30060

Nathan A. Schwartz, P.A.
1650 S. Dixie Highway
Ste 200
Boca Raton, FL 33432

National Arbitration Forum
Attn: Accounts Receivable
PO Box 50670
Minneapolis, MN 55405-0670

Nextech Products of Florida, LLC
1818 South Australian Ave
Suite 106
West Palm Beach, FL 33409

Optimum Asset Recovery
7405 Greenback Lane
#237
Citrus Heights, CA 95610

PBCC
Pitney Bowes
PO Box 856460
Louisville, KY 40285-5460

PDJ Investigations Services
PO Box 788
Granbury, TX 76048

Pitney Works
Purchase Power
PO Box 856042
Louisville, KY 40285-6042

Rainey, Kizer, Reviere & Bell, P.L.C.
Attn: Accounting Dept
209 East Main St
Jackson, TN 38301

Randall & Nelson, PLC
PO Box 1020
Waterloo, IA 50701

Robert H. Greene, Esq.
1135 North Main St
Brockton, MA 02301

Sac Val Janitorial Supply
2421 Del Monte Street
West Sacramento, CA 95691-3827

Sacramento Bee
PO Box 11967
Fresno, CA 93776-1967

Sacramento County
Unsecured Tax Unit
PO Box 508
Sacramento, CA 95812-0508

Sayler Legal Service, Inc.
455 Reservation Road
Marina, CA 93933

Shenandoah Legal Group, P.C.
310 Jefferson St SE
Roanoke, VA 24002-0075

Sierra Office Supply & Printing
9950 Horn Rd
Suite 5
Sacramento, CA 95827

Sorman & Frankel, LTD
203 North La Salle St
Suite 2350
Chicago, IL 60601

Southern & Allen
12410 Cantrell
Suite 100
Little Rock, AR 72223

Staples Business Advantage
Dept LA 1368
PO Box 83689
Chicago, IL 60696-3689

Stark & Stark, P.C.
993 Lenox Drive
3rd Floor
Lawrenceville, NJ 08648

State of Idaho
Matthew R. Eason, Esq.
Eason & Tambornini
1819 K St., Ste. 200
Sacramento, CA 95811


Stephen B Elggren P.C.
7390 South Creek Rd
#201
Sandy, UT 84093


Stokes & Clinton
Attorney at Law
A Professional Corporation
PO Box 991801
Mobile, AL 36691


Suhavali
Gay Grunfeld, Esq./ Nura Maznavi, Esq.
Rosen Bien & Galvan LLP
315 Montgomery St., 10th Fl
San Francisco, CA 94104


Talx Corporation
4076 Payshere Circle
Chicago, IL 60674


Telepacific Communications
515 South Flower Street, 47th Floor
Los Angeles, CA 90071


The Gallagher Group
Legal Photocopy Service
2619 La Mesa Way
Sacramento, CA 95825-0336


The Hartford
PO Box 2907
Hartford, CT 06104-2907


Thompson West
West Payment Center
PO Box 6292
Carol Stream, IL 60197-6292

Tommy Lowe
DBA T&J Attorney Service
625 Webster St
Fairfield, CA 94533

Travelers
13607 Collections Center Dr
Chicago, IL 60693

TSI
2829 Townsgate Rd
Suite 103
Westlake Village, CA 91361

Webco Communications
8139 Sunset Ave
Suite 251
Fair Oaks, CA 95628

Weinstock, Friedman & Friedman
4 Reservoir Circle
Baltimore, MD 21208

Willson & Pechacek, P.L.C.
421 West Broadway
Suite 200
PO Box 2029
Council Bluffs, IA 51502-2029

Young Williams P.A.
2000 Amsouth Plaza
Jackson, MS 39201

Zurich North America
8712 Innovation Way
Chicago, IL 60682-0087