B6F (Official Form 6F) (12/07)

In re  **NCA Financial Services, Inc.**
Debtor

Case No. **2009-31129**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**555-1212.com, Inc.**<br>**PO Box 3713**<br>**Truckee, CA 96160** | | - | | | | | 437.19 |
| Account No.<br><br>**Aaron M Wigod**<br>**River Park Center**<br>**205 SE Spokane St**<br>**Ste 300**<br>**Portland, OR 97202** | | - | | | | | 604.00 |
| Account No. **1006726**<br><br>**Accurint**<br>**Attn: Accounts Receivable**<br>**PO Box 7247-6157**<br>**Philadelphia, PA 19170-6157** | | - | | | | | 45,087.12 |
| Account No.<br><br>**Action Legal Support Service**<br>**5528 N. Palm**<br>**Suite 123**<br>**Fresno, CA 93704** | | - | | | | | 1,699.50 |

 **27**  continuation sheets attached

Subtotal
(Total of this page)

47,827.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:26694-090310   Best Case Bankruptcy

In re     **NCA Financial Services, Inc.**                Case No.     **2009-31129**

                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Acxiom / Insight America** <br> **4090 Collections Center Dr** <br> **Chicago, IL 60693** | - | | | | | | | 7,830.00 |
| Account No. <br><br> **Alston Hunt Floyd & Ing** <br> **PO Box 2281** <br> **Honolulu, HI 96804-2281** | - | | | | | | | 24,820.07 |
| Account No. <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-0001** | - | | | | | | | 930.70 |
| Account No. <br><br> **American Express / Datamark** <br> **Attn: Subpoena Department** <br> **43 Butterfield Circle** <br> **El Paso, TX 79906** | - | | | | | | | 504.15 |
| Account No. <br><br> **Anita Bochman** <br> **Timothy J. Burke** <br> **Stull, Stull & Brody** <br> **10940 Wilshire Blvd., Ste. 2300** <br> **Los Angeles, CA 90024** | - | | Judgment | | | | | 65,000.00 |

Sheet no. __1__ of __27__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)     **99,084.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **NCA Financial Services, Inc.**                                        Case No.   **2009-31129**
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Arval Legal Services**<br>**PO Box 667**<br>**Lemoore, CA 93245** | | - | | | | | 232.00 |
| Account No. <br><br>**Attorney's Diversified Services**<br>**PO Box 2799**<br>**Sacramento, CA 95812** | | - | | | | | 10,008.45 |
| Account No. <br><br>**Attorney's Messenger Service**<br>**31 H Street**<br>**Bakersfield, CA 93304** | | - | | | | | 969.00 |
| Account No. <br><br>**Attorneys To Go**<br>**PO Box 20046**<br>**Riverside, CA 92516-0046** | | - | | | | | 2,406.00 |
| Account No. <br><br>**Bailes, Craig & Yon, PLLC**<br>**Attorneys at Law**<br>**PO Box 1926**<br>**Huntington, WV 25720-1926** | | - | | | | | 785.39 |

Sheet no. __2__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       14,400.84

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **NCA Financial Services, Inc.**                                    Case No.    **2009-31129**
_____,
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 68240046384199 | | | | Loan | | | | |
| **Bank of America** **Bank of America, N.A.** **PO Box 26078** **Greensboro, NC 27420-6078** | - | | | | | | | 62,950.00 |
| Account No. | | | | | | | | |
| **Bay Point Legal Service** **820 Park Row** **#652** **Salinas, CA 93901** | - | | | | | | | 573.50 |
| Account No. | | | | | | | | |
| **Becker & Cali** **3296 Main St** **PO Box 6468** **Bridgeport, CT 06606-6468** | - | | | | | | | 2,882.60 |
| Account No. | | | | | | | | |
| **Benjamin Law Offices** **3620 American River Drive** **Suite 130** **Sacramento, CA 95864** | - | | | | | | | 8,669.34 |
| Account No. | | | | | | | | |
| **Binger Law Office** **307 West 14th St** **Sioux Falls, SD 57104** | - | | | | | | | 1,105.26 |

Sheet no. __3__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **76,180.70**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **NCA Financial Services, Inc.** Case No. **2009-31129**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Bond Services of California, LLC <br> One Concord Centre <br> 2300 Clayton Rd <br> Suite 1440 <br> Concord, CA 94520 | - | | | | | | 176.00 |
| Account No. <br> Buckingham, Doolittle & Burroughs, LLP <br> 4518 Fulton Dr <br> Canton, OH 44735-5548 | - | | | | | | 62,297.12 |
| Account No. <br> C&P Legal Services <br> 2730 Arden Way <br> Suite 222 <br> Sacramento, CA 95825 | - | | | | | | 1,050.00 |
| Account No. <br> Capital Envelope <br> 3600 Industrial Blvd <br> Suite 10 <br> West Sacramento, CA 95621 | - | | | | | | 900.00 |
| Account No. 7813 <br> Capital One Bank (USA), N.A. <br> P.O. Box 60024 <br> City Of Industry, CA 91716-0024 | - | | | | | | 8,545.14 |

Sheet no. **4** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **72,968.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **NCA Financial Services, Inc.** Case No. **2009-31129**
_____, 
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9460**<br><br>**Capital One Bank (USA), N.A.**<br>**P.O. Box 60599**<br>**City of Industry, CA 91716-0599** | | - | | | | | 6,488.98 |
| Account No.<br><br>**Chase Card Services**<br>**500 Stanton Christiana Rd**<br>**CC Commons - Inv Dept/J**<br>**Newark, DE 19713-2107** | | - | | | | | 516.00 |
| Account No.<br><br>**Christopher W. Livingston, Esq. "A"**<br>**2154 Dowd Dairy Road**<br>**White Oak, NC 28399** | | - | Lawsuit - Inman (Britt) (Mike Britt, Jessica Britt), Plaintiff/Obligor | | | | 1.00 |
| Account No.<br><br>**Church, Harris, Johnson & Williams PC**<br>**PO Box 1645**<br>**Third Fl**<br>**Wells Fargo Bldg**<br>**Great Falls, MT 59403** | | - | | | | | 2,678.40 |
| Account No.<br><br>**Clinical Health Appraisals, Inc.**<br>**9312 Candalero Court**<br>**Elk Grove, CA 95758** | | - | | | | | 1,700.00 |

Sheet no. **5** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 11,384.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **NCA Financial Services, Inc.**          Case No. **2009-31129**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Cohen & Malad, LLP<br>One Indiana Square<br>Ste 1400<br>Indianapolis, IN 46204 | | - | | | | | 3,928.31 |
| Account No. | | | | | | | |
| Cohn Dussi & Bilodeau LLC<br>931 Jefferson Blvd<br>Suite 2007<br>Warwick, RI 02886 | | - | | | | | 211.69 |
| Account No. | | | | | | | |
| Copy Rite<br>PO Box 52777<br>Riverside, CA 92517 | | - | | | | | 7,472.90 |
| Account No. | | | | | | | |
| Couch, Stillman, Blitt & Conville<br>111 Veterans Blvd<br>Suite 1660<br>Metairie, LA 70005 | | - | | | | | 3,196.87 |
| Account No. | | | | | | | |
| Countrywide Process LLC<br>5437 Laurel Canyon Blvd<br>Suite 112<br>Valley Village, CA 91607-4615 | | - | | | | | 10,485.00 |

Sheet no. **6** of **27** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **25,294.77**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **NCA Financial Services, Inc.**                                   , Case No.    **2009-31129**
                                                      Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CPP Alarm & Video, Inc. PO Box 255666 Sacramento, CA 95865 | - | | | | | | 540.00 |
| Account No. | | | | | | | |
| Daggett & Parker 148 Middle Street PO Box 10189 Portland, ME 04104 | - | | | | | | 878.34 |
| Account No. | | | | | | | |
| Darnieder & Geraghty 735 N Water St Suite 930 Milwaukee, WI 53202 | - | | | | | | 12,212.76 |
| Account No. | | | | | | | |
| David B. Christian Law Office 1416 Main Street Woodward, OK 73801 | - | | | | | | 544.44 |
| Account No. | | | | | | | |
| Davis Miles, PLLC  "A" 560 W. Brown Rd, #3004 Mesa, AZ 85201 | - | | Lawsuit - Avila (Isaias Tiznado), Plaintiff/Obligor | | | | 1.00 |

Sheet no.   **7**    of   **27**    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,176.54**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **NCA Financial Services, Inc.**                          ,     Case No.    **2009-31129**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Discover Financial Services** <br> **PO Box 15083** <br> **Wilmington, DE 19850-5083** | - | | | | | | | 145.32 |
| Account No. <br><br> **Edwin A. Abrahamsen & Associates, P.C.** <br> **1729 Pittston Ave** <br> **Scranton, PA 18505** | - | | | | | | | 10,695.46 |
| Account No. <br><br> **Ellis Coleman Poirier, La Voie** <br> **555 University Ave** <br> **Suite 200** <br> **Sacramento, CA 95825** | - | | | | | | | 14,082.39 |
| Account No. <br><br> **Elvin Kanter, P.A.** <br> **PO Box 25483** <br> **Albuquerque, NM 87125** | - | | | | | | | 4,039.37 |
| Account No. <br><br> **Evergreen Collateral Consulting. LLC** <br> **16118 46th Driv** <br> **SE** <br> **Bothell, WA 89012** | - | | | | | | | 14,278.27 |

Sheet no. __8__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)        43,240.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **NCA Financial Services, Inc.**                                      Case No.    **2009-31129**
_____,
                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Examone 2414 24th St Sacramento, CA 95818 | | - | | | | | 1,225.00 |
| Account No. | | | | | | | |
| Experian Dept. 1971 Los Angeles, CA 90088 | | - | | | | | 11,240.13 |
| Account No. | | | | | | | |
| Faria Printing and Graphics 1812 Tribute Rd Suite H Sacramento, CA 95815-4307 | | - | | | | | 182.10 |
| Account No. | | | | | | | |
| Federal Express PO Box 7221 Pasadena, CA 91109-7321 | | - | | | | | 184.38 |
| Account No. | | | | | | | |
| Fidelity Investments Institutional Operations Co. PO Box 73307 Chicago, IL 60673-7307 | | - | | | | | 2,865.75 |

Sheet no. **9** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,697.36**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **NCA Financial Services, Inc.**                                                          Case No.    **2009-31129**
_____,
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. | | | | | | | | |
| Fine, P.S. Attorney's At Law 2131 Second Ave Seattle, WA 98121 | - | | | | | | | 3,124.32 |
| Account No. | | | | | | | | |
| Finv, Inc. PO Box 1916 Brentwood, CA 94513 | - | | | | | | | 3,360.00 |
| Account No. | | | | Lawsuit as comaker of a loan | | | | |
| First Bank, N.A. "A" Atty Kirschenbaum c/o Buchalter Nemer 333 Market St., 25th Fl San Francisco, CA 94105 | - | | | | | | | 25,000,000.00 |
| Account No. | | | | | | | | |
| Global Connect 5218 Atlantic Ave Suite 202 Mays Landing, NJ 08330-2003 | - | | | | | | | 10,752.94 |
| Account No. | | | | | | | | |
| Greene & Cooper, P.S.C. PO Box 20067 Louisville, KY 40250-0067 | - | | | | | | | 3,021.52 |
| Sheet no. __10__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 25,020,258.78 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **NCA Financial Services, Inc.**                                    Case No.    **2009-31129**

                                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Greene & Markley, P.C. 1515 SW 5th Avenue Suite 600 Portland, OR 97202 | - | | | | | | | 24,923.01 |
| Account No. | | | | | | | | |
| Halcomb & Wertheim 2101 6th Avenue North Suite 1150 Birmingham, AL 35203 | - | | | | | | | 2,630.96 |
| Account No. | | | | | | | | |
| Howard Weber Attorney at Law 61 Broadway Suite 2780 New York, NY 10006 | - | | | | | | | 1,990.00 |
| Account No. | | | | | | | | |
| HSBC Card Services Attn: Executive Services PO Box 80026 Salinas, CA 93912 | - | | | | | | | 1,321.30 |
| Account No. | | | | | | | | |
| Inet Discovery c/o Exchange Capital Cor 5300 Town & Country Blvd Suite 215 Frisco, TX 75034 | - | | | | | | | 5,600.00 |

Sheet no. **11** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **36,465.27**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **NCA Financial Services, Inc.** _____ , Case No. _____**2009-31129**_____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.  J. Haber Attorney Service 1128 E Sixth St Ste 2 Corona, CA 92879 | | - | | | | | | 2,373.50 |
| Account No.  James B. Ehrlich  "A" 416 Laurel Ave, #1 Tillamook, OR 97141 | | - | | Lawsuit - Breazile (Ronald D. Breazile), Plaintiff/Obligor | | | | 1.00 |
| Account No.  James Brendan Carroll III, P.C. 501 Elm St Ste 385 Dallas, TX 75202 | | - | | | | | | 4,192.50 |
| Account No.  James J. Bergmann, Esq. Law Office of Donald F. Seth 290 B Street Suite 205 Santa Rosa, CA 95401 | | - | | Northern District Court case CV 09 0296 | | | | 1.00 |
| Account No.  Janney & Janney Attorney Service 801 S. Victoria Ave Suite 304 Ventura, CA 93003 | | - | | | | | | 7,372.18 |

Sheet no. __**12**__ of __**27**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,940.18

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **NCA Financial Services, Inc.**                                    Case No.   **2009-31129**
_____,
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lawsuit - Witty (Jeanne Yendrek Jagow, Bankruptcy Trustee), Plaintiff/Obligor | | | | |
| Jeanne Yendrek Yagow  "A" 26 W. Dry Creek Circle, #500 Littleton, CO 80120 | | - | | | | | 1.00 |
| Account No. | | | | | | | |
| Johnson & Silver, LLP 12720 Hillcrest Road Ste 280 Dallas, TX 75230-2053 | | - | | | | | 116,793.21 |
| Account No. | | | FDCPA claim and suit  Claim amount: unknown | | | | |
| Jose Gutierres Law Office of Balam O Letona 1347 Pacific Avenue Suite 203 Santa Cruz, CA 95060 | | - | | | | | 1.00 |
| Account No. | | | | | | | |
| JP Morgan Chase Bank, N.A. 7610 W. Washington St Mail Code In 1-4054 Indianapolis, IN 46231 | | - | | | | | 423.25 |
| Account No. 73030 | | | | | | | |
| Kaiser Foundation Health Plan File Number 73030 PO Box 60000 San Francisco, CA 94160-3030 | | - | | | | | 5,802.00 |

Sheet no. __13__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **123,020.46**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re __NCA Financial Services, Inc._____,    Case No. ___2009-31129_____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Kern Legal Services<br>1614 W. Temple St<br>Los Angeles, CA 90026 | - | | | | | | | 2,425.00 |
| Account No. <br><br>Knox Attorney Service, Inc.<br>Attn: Accounts Receivable<br>2250 Fourth Ave<br>San Diego, CA 92101 | - | | | | | | | 35,609.75 |
| Account No. <br><br>Krohn & Moss, LTD "A"<br>10635 Santa Monica Blvd, #170<br>Los Angeles, CA 90025 | - | | Lawsuit - Cobos, Elizabeth (Elizabeth Cobos), Plaintiff/Obligor | | | | | 1.00 |
| Account No. <br><br>L.J. Frank P.C.<br>16155 West Twelve Mile Rd<br>Suite 6<br>Southfield, MI 48076 | - | | | | | | | 2,103.84 |
| Account No. <br><br>Lacy Katzen LLP<br>130 E. Main St<br>Rochester, NY 14604 | - | | | | | | | 17,851.86 |

Sheet no. __14__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    57,991.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    **NCA Financial Services, Inc.**                              Case No.    **2009-31129**

                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Law Office of Donald F. Seth  "A"<br>290 B Strteet, Suite 205<br>Santa Rosa, CA 95401 | - | | | Lawsuit - Rickley, Enid (Enid G. Rickley), Plaintiff/Obligor | | | | 1.00 |
| Account No.<br><br>Law Office of Robert Wolfe  "A"<br>9950 Cypresswood, #201<br>Houston, TX 77070 | - | | | Lawsuit - Bailey (Charles B. Bailey), Plaintiff/Obligor | | | | 1.00 |
| Account No.<br><br>Law Office of Sipe & Landon<br>5363 East Pima<br>Suite 200<br>Tucson, AZ 85712 | - | | | | | | | 3,850.00 |
| Account No.<br><br>Law Office of Steve Levy<br>6055 E. Washington Blvd<br>Suite 590<br>Los Angeles, CA 90040 | - | | | | | | | 3,430.00 |
| Account No.<br><br>Law Offices of Gregory E. Thulin, PS "A"<br>119 N. Commercial St, #660<br>Bellingham, WA 98225 | - | | | Lawsuit - Andrews (Russell H. Andrews) v. NCA Financial Services, Inc. | | | | 1.00 |

Sheet no.  **15**  of  **27**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **7,283.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **NCA Financial Services, Inc.**                                    Case No.   **2009-31129**
_____,
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Law Offices of Randall L. Pratt 1 Cate Street Portsmouth, NH 03801 | - | | | | | | | 1,181.00 |
| Account No. | | | | | | | | |
| Lawrence M Smith 8139 Sunset Ave #215 Fair Oaks, CA 95628 | - | | | | | | | 3,769.88 |
| Account No. | | | | | | | | |
| Leif A. Nelson, P.C. 710 Kipling St Suite 402 Lakewood, CO 80215 | - | | | | | | | 40,045.66 |
| Account No. | | | | | | | | |
| Lexis-Nexis PO Box 894166 Los Angeles, CA 90189-4166 | - | | | | | | | 5,636.47 |
| Account No. | | | | | | | | |
| Lungren Investigations PO Box 2115 Cypress, CA 90630 | - | | | | | | | 12,535.00 |

Sheet no.  **16**  of  **27**  sheets attached to Schedule of                    Subtotal                      63,168.01
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

In re    **NCA Financial Services, Inc.**
_____,    Case No.    **2009-31129**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Mann Bracken, LLC 1953 Gallows Road Suite 240 Vienna, VA 22182 | - | | | | | | 1,225.00 |
| Account No. | | | | | | | |
| Martin, Leigh, Laws & Fritzlen, P.C. 900 Peck's Plaza 1044 Main St Kansas City, MO 64105 | - | | | | | | 8,738.71 |
| Account No. | | | | | | | |
| May, Sudweeks & Browning PO Box 1846 Twin Falls, ID 83303-1846 | - | | | | | | 1,087.46 |
| Account No. | | | | | | | |
| McIntosh Law Firm, P.C. PO Box 2270 Davidson, NC 28036 | - | | | | | | 10,215.00 |
| Account No. | | | | | | | |
| McLelland Law Office PLLC 8362 Tamarack Village Suite 119-273 Woodbury, MN 55125 | - | | | | | | 13,464.00 |

Sheet no.   **17**   of   **27**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    34,730.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **NCA Financial Services, Inc.**                            Case No.    **2009-31129**

                                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Mel Harris and Associates, LLC 5 Hanover Square 8th Floor New York, NY 10004 | - | | | | | | | 2,557.50 |
| **Account No.** | | | | Software license | | | | |
| Michael Sahlbach 3539 Bradshaw #390 Sacramento, CA 95827 | - | | | | | | | 242,110.00 |
| **Account No.** | | | | CUBS computer program | | | | |
| Michael Sahlbach Cubs Licensing 2571 Highland Hills Dr El Dorado Hills, CA 95672 | - | | | | | | | 328,600.00 |
| **Account No.** | | | | | | | | |
| Miles, Bauer, Bergstrom, & Winters, LLP 1665 Scenic Ave Suite 200 Costa Mesa, CA 92626 | - | | | | | | | 51,784.92 |
| **Account No.** | | | | | | | | |
| Mirror Image Process Service 2351 Sunset Blvd Ste. 170-501 Rocklin, CA 95765 | - | | | | | | | 440.00 |

Sheet no. __18__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **625,492.42**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

In re __NCA Financial Services, Inc._____,     Case No. ___2009-31129_____

                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Monster, Inc. <br> File 70104 <br> Los Angeles, CA 90074-0104 | | - | | | | | | 6,500.00 |
| Account No. <br><br> Moore Ingram Johnson & Steele <br> Emerson Overlook <br> 326 Roswell St <br> Marietta, GA 30060 | | - | | | | | | 29,220.26 |
| Account No. <br><br> Nathan A. Schwartz, P.A. <br> 1650 S. Dixie Highway <br> Ste 200 <br> Boca Raton, FL 33432 | | - | | | | | | 47,086.38 |
| Account No. <br><br> National Arbitration Forum <br> Attn: Accounts Receivable <br> PO Box 50670 <br> Minneapolis, MN 55405-0670 | | - | | | | | | 1,750.00 |
| Account No. <br><br> Nextech Products of Florida, LLC <br> 1818 South Australian Ave <br> Suite 106 <br> West Palm Beach, FL 33409 | | - | | | | | | 4,380.00 |

Sheet no. __19__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88,936.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **NCA Financial Services, Inc.**                                       ,   Case No.   **2009-31129**

                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Optimum Asset Recovery <br> 7405 Greenback Lane <br> #237 <br> Citrus Heights, CA 95610 | - | | | | | | | 1,680.00 |
| Account No. 15728714880 <br><br> PBCC <br> Pitney Bowes <br> PO Box 856460 <br> Louisville, KY 40285-5460 | - | | | Lease | | | | 17,980.00 |
| Account No. <br><br> PDJ Investigations Services <br> PO Box 788 <br> Granbury, TX 76048 | - | | | | | | | 1,505.00 |
| Account No. <br><br> Pitney Works <br> Purchase Power <br> PO Box 856042 <br> Louisville, KY 40285-6042 | - | | | Line of Credit | | | | 38,274.26 |
| Account No. <br><br> Prevost & Shaff  "A" <br> 5303 Dallas Pkwy, #1030 <br> Addison, TX 75001 | - | | | Lawsuit - Mitchell (George Mitchell), Plaintiff/Obligor | | | | 1.00 |

Sheet no.  **20**  of  **27**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                           
(Total of this page)         **59,440.26**

In re    **NCA Financial Services, Inc.**                                    Case No.    **2009-31129**
_____,
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Rainey, Kizer, Reviere & Bell, P.L.C. Attn: Accounting Dept 209 East Main St Jackson, TN 38301 | | - | | | | | | 9,495.62 |
| Account No. | | | | | | | | |
| Randall & Nelson, PLC PO Box 1020 Waterloo, IA 50701 | | - | | | | | | 3,024.72 |
| Account No. | | | | | | | | |
| Robert H. Greene, Esq. 1135 North Main St Brockton, MA 02301 | | - | | | | | | 4,386.71 |
| Account No. | | | | Lawsuit - O'Reilly-Sinnott (Kathleen O'Reilly-Sinnott), Plaintiff/Obligor | | | | |
| Ronald J. Kim, Esq.  "A" PO Box 318 Saratoga Springs, NY 12866 | | - | | | | | | 1.00 |
| Account No. | | | | | | | | |
| Sac Val Janitorial Supply 2421 Del Monte Street West Sacramento, CA 95691-3827 | | - | | | | | | 478.22 |

Sheet no. __21__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                17,386.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **NCA Financial Services, Inc.**                                              Case No.     **2009-31129**
_____,
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Sacramento Bee <br> PO Box 11967 <br> Fresno, CA 93776-1967 | | - | | | | | | 2,412.00 |
| Account No. <br><br> Sacramento County <br> Unsecured Tax Unit <br> PO Box 508 <br> Sacramento, CA 95812-0508 | | - | | | | | | 7,116.34 |
| Account No. <br><br> Sayler Legal Service, Inc. <br> 455 Reservation Road <br> Marina, CA 93933 | | - | | | | | | 193.50 |
| Account No. <br><br> Shenandoah Legal Group, P.C. <br> 310 Jefferson St SE <br> Roanoke, VA 24002-0075 | | - | | | | | | 4,997.75 |
| Account No. <br><br> Sierra Office Supply & Printing <br> 9950 Horn Rd <br> Suite 5 <br> Sacramento, CA 95827 | | - | | | | | | 12,184.00 |

Sheet no. __22__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    26,903.59

In re   **NCA Financial Services, Inc.**                                     , Case No.   **2009-31129**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Sorman & Frankel, LTD 203 North La Salle St Suite 2350 Chicago, IL 60601 | | - | | | | | 51,243.91 |
| Account No. | | | | | | | |
| Southern & Allen 12410 Cantrell Suite 100 Little Rock, AR 72223 | | - | | | | | 2,682.46 |
| Account No. | | | | | | | |
| Staples Business Advantage Dept LA 1368 PO Box 83689 Chicago, IL 60696-3689 | | - | | | | | 3,030.03 |
| Account No. | | | | | | | |
| Stark & Stark, P.C. 993 Lenox Drive 3rd Floor Lawrenceville, NJ 08648 | | - | | | | | 10,941.50 |
| Account No. | | | Judgment | | | | |
| State of Idaho Matthew R. Eason, Esq. Eason & Tambornini 1819 K St., Ste. 200 Sacramento, CA 95811 | | - | | | | | 90,000.00 |

Sheet no.  **23**  of  **27**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **157,897.90**

In re____NCA Financial Services, Inc._____,    Case No.____2009-31129_____
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | | |
| Stephen B Elggren P.C. 7390 South Creek Rd #201 Sandy, UT 84093 | | | | | | | | 6,817.00 |
| Account No. | | - | | | | | | |
| Stokes & Clinton Attorney at Law A Professional Corporation PO Box 991801 Mobile, AL 36691 | | | | | | | | 1,001.97 |
| Account No. | | - | | | | | | |
| Talx Corporation 4076 Payshere Circle Chicago, IL 60674 | | | | | | | | 26,912.20 |
| Account No. | | - | | DSL Service | | | | |
| Telepacific Communications 515 South Flower Street, 47th Floor Los Angeles, CA 90071 | | | | | | | | 466.42 |
| Account No. | | - | | | | | | |
| The Gallagher Group Legal Photocopy Service 2619 La Mesa Way Sacramento, CA 95825-0336 | | | | | | | | 473.85 |

Sheet no.__24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         35,671.44

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **NCA Financial Services, Inc.**                                    Case No.  **2009-31129**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>The Hartford<br>PO Box 2907<br>Hartford, CT 06104-2907 | | - | | | | | 1,334.75 |
| Account No.<br><br>Thompson West<br>West Payment Center<br>PO Box 6292<br>Carol Stream, IL 60197-6292 | | - | | | | | 535.53 |
| Account No.<br><br>Tommy Lowe<br>DBA T&J Attorney Service<br>625 Webster St<br>Fairfield, CA 94533 | | - | | | | | 390.00 |
| Account No.<br><br>Tracy Gallegos  "A"<br>c/o Law Offices of Gregory A. Thyberg<br>101 Parkshore Dr., Ste. 100<br>Folsom, CA 95630 | | - | | | | | 1.00 |
| Account No.<br><br>Travelers<br>13607 Collections Center Dr<br>Chicago, IL 60693 | | - | | | | | 7,807.45 |

Sheet no. **25** of **27** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **10,068.73**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **NCA Financial Services, Inc.**                                                     Case No.   **2009-31129**
                                                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| TSI 2829 Townsgate Rd Suite 103 Westlake Village, CA 91361 | | - | | | | | | 3,704.57 |
| Account No. | | | | | | | | |
| Webco Communications 8139 Sunset Ave Suite 251 Fair Oaks, CA 95628 | | - | | | | | | 2,902.79 |
| Account No. | | | | | | | | |
| Weinstock, Friedman & Friedman 4 Reservoir Circle Baltimore, MD 21208 | | - | | | | | | 2,850.84 |
| Account No. | | | | | | | | |
| Willson & Pechacek, P.L.C. 421 West Broadway Suite 200 PO Box 2029 Council Bluffs, IA 51502-2029 | | - | | | | | | 22,003.10 |
| Account No. | | | | Lawsuit - Cox (Shelley Cox), Plaintiff/Obligor | | | | |
| Wine Country Family Law Office  "A" 220 N. Cloverdale Blvd, Suite B Cloverdale, CA 95425 | | - | | | | | | 1.00 |

Sheet no. __26__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,462.30

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                               Best Case Bankruptcy

In re    **NCA Financial Services, Inc.**                                        Case No.    **2009-31129**

                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.**<br><br>Young Williams P.A.<br>2000 Amsouth Plaza<br>Jackson, MS 39201 | | - | | | | | | 5,897.22 |
| **Account No.**<br><br>Zaylanin Southavilay  "C"<br>Gay Grunfeld, Esq./ Nura Maznavi, Esq.<br>Rosen Bien & Galvan LLP<br>315 Montgomery St., 10th Fl<br>San Francisco, CA 94104 | | - | | Claim for religious discrimination, now being arbitrated in National Arbotrations Forum | | | | 500,000.00 |
| **Account No.**<br><br>Zurich North America<br>8712 Innovation Way<br>Chicago, IL 60682-0087 | | - | | | | | | 932.58 |
| **Account No.** | | | | | | | | |
| **Account No.** | | | | | | | | |

Sheet no.  **27**  of  **27**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 506,829.80 |
| Total (Report on Summary of Schedules) | 27,337,203.06 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of California

In re    **NCA Financial Services, Inc.**                       Case No.    **2009-31129**

                                       Debtor(s)            Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$271,980.00** | **Operations (2007)** |
| **$641,294.00** | **Operations (2008)** |

#### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Unknown | Receiver has all records | $0.00 | $0.00 |

**None**
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **First Bank v. National Credit Acceptance, et al.  Case No. 34-2009-00044895** | **Collection lawsuit** | **Sacramento County Superior Court** | **pending** |
| **Jose Guiterres v. NCA Financial Services, Inc.** | **FDCPA claim and suit** | | **pending** |
| **Anita Bochman v. NCA Financial Services, Inc.** | **FDCPA claim and suit** | | **Judgment** |
| **State of Idaho v. NCA Financial Services, Inc.** | **Idaho debt collection licensing violation** | | **Judgment** |
| **Zaylanin Southavilay v. NCA Financial Services, Inc.** | **Claim for religious discrimination, now being arbitrated in National Arbotrations Forum** | | **pending** |
| **First Bank N.A. v. NCA Financial Services, Inc.** | **Collection proceeding** | **Sacramento County Superior Court** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Andrews (Russell H. Andrews) v. NCA Financial Services, Inc.** | **FDCPA Plaintiff Suit against National Credit** | **Washington** | |
| **Avila (Isaias Tiznado) v. NCA Financial Services, Inc.** | **FDCPA, Demand for Refund, Suite Threat** | **California** | |
| **Bailey (Charles B Bailey) v. NCA Financial Services, Inc.** | **State Law, inc. TCPA, Counter suit or Cross Complaint** | **Texas** | |
| **Breazile (Ronald D. Breazile) v. NCA Financial Services, Inc.** | **Refund of Garnishment Suit** | **Oregon** | |
| **Cobos, Elizabeth (Elizabeth Cobos) v. NCA Financial Services, Inc.** | **FDCPA Suit** | **California** | |
| **Cox (Shelley Cox) v. NCA Financial Services, Inc.** | **FDCPA Suit Threat** | **California** | |
| **Inman (Britt) (Mike Britt, Jessica Britt) v. NCA Financial Services, Inc.** | **FDCPA Suit-class action** | **North Carolina** | |
| **Mitchell (George Mitchell) v. NCA Financial Services, Inc.** | **FDCPA Counter suit or Cross Complaint** | **Texas** | |
| **O'Reilly-Sinnott (Kathleen O'Reilly-Sinnott) v. NCA Financial Services, Inc.** | **FDCPA** | **New York** | |
| **Rickley, Enid (Enid G Rickley) v. NCA Financial Services, Inc.** | **FDCPA Suit** | **California** | |
| **Witty (Jeanne Yendrek Jagow, Bankruptcy Trustee) v. NCA Financial Services, Inc.** | **Garnishments paid during 90 day Preferential Transfer period, Demand for Refund** | **Colorado** | |

None  ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None  ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☑    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |
| **Robb Evans & Associates** | **Sacramento County Superior Court 720 Ninth Street Sacramento, CA 95814 First Bank v. National Credit Acceptance, et al. 34-2009-00044895** | **6-1-2009** | **Miscellaneous cash, account receivables, and documents** |

**7. Gifts**

None ☑    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ☑    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **John M. O'Donnell Law Offices of John M. O'Donnell 915 University Avenue Sacramento, CA 95825** | **6-1-2009** | **$10,000** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Bank of America** | **Payroll account, General account, Court Cost account - Receiver has all records** | **Closed** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS            NAME USED          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS    NAME AND ADDRESS OF GOVERNMENTAL UNIT    DATE OF NOTICE    ENVIRONMENTAL LAW

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS    NAME AND ADDRESS OF GOVERNMENTAL UNIT    DATE OF NOTICE    ENVIRONMENTAL LAW

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF GOVERNMENTAL UNIT    DOCKET NUMBER    STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **NCA Financial Services, Inc.** | | | **Debtor is a California Corporation. No subsidiaries. NCA Financial is a contingency fee based debt collector. NCA Financial collected accounts on behalf of National Credit Acceptance, Inc., a debt purchaser. National Credit Acceptance, Inc. has ceased operations and a receiver has assumed control of the debt portfolio owned by National Credit Acceptance, Inc. NCA Financial has no further source of cash or income. All employees have been paid and terminated; all taxes and benefits are paid.** | |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Vivian Hernandez** | **Approximately 2007-2009** |
| **Gilbert Associates**<br>**2880 Gateway Oaks Dr #100**<br>**Sacramento, CA 95833** | |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Michael Sahlbach, President** | **3539 Bradshaw Rd**<br>**#390**<br>**Sacramento, CA 95825** |
| **Robb Evans & Associates** | **11450 Sheldon St**<br>**Sun Valley, CA 91352** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First Bank** | **Last 2 years** |

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Michael Sahlbach**<br>**3539 Bradshaw Rd**<br>**#390**<br>**Sacramento, CA 95827** | **Sole officer, Director** | |

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **June 24, 2009**     Signature   **/s/ Michael Sahlbach, President**

                                       **Michael Sahlbach, President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

555-1212.com, Inc.
PO Box 3713
Truckee, CA 96160


Aaron M Wigod
River Park Center
205 SE Spokane St
Ste 300
Portland, OR 97202


Accurint
Attn: Accounts Receivable
PO Box 7247-6157
Philadelphia, PA 19170-6157


Action Legal Support Service
5528 N. Palm
Suite 123
Fresno, CA 93704


Acxiom / Insight America
4090 Collections Center Dr
Chicago, IL 60693


Alston Hunt Floyd & Ing
PO Box 2281
Honolulu, HI 96804-2281


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express / Datamark
Attn: Subpoena Department
43 Butterfield Circle
El Paso, TX 79906


Anita Bochman
Timothy J. Burke
Stull, Stull & Brody
10940 Wilshire Blvd., Ste. 2300
Los Angeles, CA 90024


Arval Legal Services
PO Box 667
Lemoore, CA 93245

Attorney's Diversified Services
PO Box 2799
Sacramento, CA 95812


Attorney's Messenger Service
31 H Street
Bakersfield, CA 93304


Attorneys To Go
PO Box 20046
Riverside, CA 92516-0046


Bailes, Craig & Yon, PLLC
Attorneys at Law
PO Box 1926
Huntington, WV 25720-1926


Bank of America
Bank of America, N.A.
PO Box 26078
Greensboro, NC 27420-6078


Bay Point Legal Service
820 Park Row
#652
Salinas, CA 93901


Becker & Cali
3296 Main St
PO Box 6468
Bridgeport, CT 06606-6468


Benjamin Law Offices
3620 American River Drive
Suite 130
Sacramento, CA 95864


Binger Law Office
307 West 14th St
Sioux Falls, SD 57104


Bond Services of California, LLC
One Concord Centre
2300 Clayton Rd
Suite 1440
Concord, CA 94520

Buckingham, Doolittle & Burroughs, LLP
4518 Fulton Dr
Canton, OH 44735-5548


C&P Legal Services
2730 Arden Way
Suite 222
Sacramento, CA 95825


Capital Envelope
3600 Industrial Blvd
Suite 10
West Sacramento, CA 95621


Capital One Bank (USA), N.A.
P.O. Box 60024
City Of Industry, CA 91716-0024


Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599


Chase Card Services
500 Stanton Christiana Rd
CC Commons - Inv Dept/J
Newark, DE 19713-2107


Christopher W. Livingston, Esq.  "A"
2154 Dowd Dairy Road
White Oak, NC 28399


Church, Harris, Johnson & Williams PC
PO Box 1645
Third Fl
Wells Fargo Bldg
Great Falls, MT 59403


Clinical Health Appraisals, Inc.
9312 Candalero Court
Elk Grove, CA 95758


Cohen & Malad, LLP
One Indiana Square
Ste 1400
Indianapolis, IN 46204

Cohn Dussi & Bilodeau LLC
931 Jefferson Blvd
Suite 2007
Warwick, RI 02886

Copy Rite
PO Box 52777
Riverside, CA 92517

Couch, Stillman, Blitt & Conville
111 Veterans Blvd
Suite 1660
Metairie, LA 70005

Countrywide Process LLC
5437 Laurel Canyon Blvd
Suite 112
Valley Village, CA 91607-4615

CPP Alarm & Video, Inc.
PO Box 255666
Sacramento, CA 95865

Daggett & Parker
148 Middle Street
PO Box 10189
Portland, ME 04104

Darnieder & Geraghty
735 N Water St
Suite 930
Milwaukee, WI 53202

David B. Christian Law Office
1416 Main Street
Woodward, OK 73801

Davis Miles, PLLC  "A"
560 W. Brown Rd, #3004
Mesa, AZ 85201

Discover Financial Services
PO Box 15083
Wilmington, DE 19850-5083

Edwin A. Abrahamsen & Associates, P.C.
1729 Pittston Ave
Scranton, PA 18505


Ellis Coleman Poirier, La Voie
555 University Ave
Suite 200
Sacramento, CA 95825


Elvin Kanter, P.A.
PO Box 25483
Albuquerque, NM 87125


Evergreen Collateral Consulting. LLC
16118 46th Driv
SE
Bothell, WA 89012


Examone
2414 24th St
Sacramento, CA 95818


Experian
Dept. 1971
Los Angeles, CA 90088


Faria Printing and Graphics
1812 Tribute Rd
Suite H
Sacramento, CA 95815-4307


Federal Express
PO Box 7221
Pasadena, CA 91109-7321


Fidelity Investments
Institutional Operations Co.
PO Box 73307
Chicago, IL 60673-7307


Fine, P.S.
Attorney's At Law
2131 Second Ave
Seattle, WA 98121

Finv, Inc.
PO Box 1916
Brentwood, CA 94513


First Bank, N.A.  "A"
Atty Kirschenbaum
c/o Buchalter Nemer
333 Market St., 25th Fl
San Francisco, CA 94105


Franchise Tax Board
PO Box 942867
Sacramento, CA 94257-0011


Global Connect
5218 Atlantic Ave
Suite 202
Mays Landing, NJ 08330-2003


Greene & Cooper, P.S.C.
PO Box 20067
Louisville, KY 40250-0067


Greene & Markley, P.C.
1515 SW 5th Avenue
Suite 600
Portland, OR 97202


Halcomb & Wertheim
2101 6th Avenue North
Suite 1150
Birmingham, AL 35203


Howard Weber
Attorney at Law
61 Broadway
Suite 2780
New York, NY 10006


HSBC Card Services
Attn: Executive Services
PO Box 80026
Salinas, CA 93912

Inet Discovery
c/o Exchange Capital Cor
5300 Town & Country Blvd
Suite 215
Frisco, TX 75034


J. Haber Attorney Service
1128 E Sixth St
Ste 2
Corona, CA 92879


James B. Ehrlich  "A"
416 Laurel Ave, #1
Tillamook, OR 97141


James Brendan Carroll III, P.C.
501 Elm St
Ste 385
Dallas, TX 75202


James J. Bergmann, Esq.
Law Office of Donald F. Seth
290 B Street
Suite 205
Santa Rosa, CA 95401


Janney & Janney Attorney Service
801 S. Victoria Ave
Suite 304
Ventura, CA 93003


Jeanne Yendrek Yagow  "A"
26 W. Dry Creek Circle, #500
Littleton, CO 80120


Johnson & Silver, LLP
12720 Hillcrest Road
Ste 280
Dallas, TX 75230-2053


Jose Gutierres
Law Office of Balam O Letona
1347 Pacific Avenue
Suite 203
Santa Cruz, CA 95060

JP Morgan Chase Bank, N.A.
7610 W. Washington St
Mail Code In 1-4054
Indianapolis, IN 46231


Kaiser Foundation Health Plan
File Number 73030
PO Box 60000
San Francisco, CA 94160-3030


Kern Legal Services
1614 W. Temple St
Los Angeles, CA 90026


Knox Attorney Service, Inc.
Attn: Accounts Receivable
2250 Fourth Ave
San Diego, CA 92101


Krohn & Moss, LTD  "A"
10635 Santa Monica Blvd, #170
Los Angeles, CA 90025


L.J. Frank P.C.
16155 West Twelve Mile Rd
Suite 6
Southfield, MI 48076


Lacy Katzen LLP
130 E. Main St
Rochester, NY 14604


Law Office of Donald F. Seth  "A"
290 B Strteet, Suite 205
Santa Rosa, CA 95401


Law Office of Robert Wolfe  "A"
9950 Cypresswood, #201
Houston, TX 77070


Law Office of Sipe & Landon
5363 East Pima
Suite 200
Tucson, AZ 85712

Law Office of Steve Levy
6055 E. Washington Blvd
Suite 590
Los Angeles, CA 90040

Law Offices of Gregory E. Thulin, PS "A"
119 N. Commercial St, #660
Bellingham, WA 98225

Law Offices of Randall L. Pratt
1 Cate Street
Portsmouth, NH 03801

Lawrence M Smith
8139 Sunset Ave
#215
Fair Oaks, CA 95628

Leif A. Nelson, P.C.
710 Kipling St
Suite 402
Lakewood, CO 80215

Lexis-Nexis
PO Box 894166
Los Angeles, CA 90189-4166

Lungren Investigations
PO Box 2115
Cypress, CA 90630

Mann Bracken, LLC
1953 Gallows Road
Suite 240
Vienna, VA 22182

Martin, Leigh, Laws & Fritzlen, P.C.
900 Peck's Plaza
1044 Main St
Kansas City, MO 64105

May, Sudweeks & Browning
PO Box 1846
Twin Falls, ID 83303-1846

McIntosh Law Firm, P.C.
PO Box 2270
Davidson, NC 28036


McLelland Law Office PLLC
8362 Tamarack Village
Suite 119-273
Woodbury, MN 55125


Mel Harris and Associates, LLC
5 Hanover Square
8th Floor
New York, NY 10004


Michael Sahlbach
3539 Bradshaw #390
Sacramento, CA 95827


Michael Sahlbach
Cubs Licensing
2571 Highland Hills Dr
El Dorado Hills, CA 95672


Miles, Bauer, Bergstrom, & Winters, LLP
1665 Scenic Ave
Suite 200
Costa Mesa, CA 92626


Mirror Image Process Service
2351 Sunset Blvd
Ste. 170-501
Rocklin, CA 95765


Monster, Inc.
File 70104
Los Angeles, CA 90074-0104


Moore Ingram Johnson & Steele
Emerson Overlook
326 Roswell St
Marietta, GA 30060


Nathan A. Schwartz, P.A.
1650 S. Dixie Highway
Ste 200
Boca Raton, FL 33432

National Arbitration Forum
Attn: Accounts Receivable
PO Box 50670
Minneapolis, MN 55405-0670

Nextech Products of Florida, LLC
1818 South Australian Ave
Suite 106
West Palm Beach, FL 33409

Optimum Asset Recovery
7405 Greenback Lane
#237
Citrus Heights, CA 95610

PBCC
Pitney Bowes
PO Box 856460
Louisville, KY 40285-5460

PDJ Investigations Services
PO Box 788
Granbury, TX 76048

Pitney Works
Purchase Power
PO Box 856042
Louisville, KY 40285-6042

Prevost & Shaff  "A"
5303 Dallas Pkwy, #1030
Addison, TX 75001

Rainey, Kizer, Reviere & Bell, P.L.C.
Attn: Accounting Dept
209 East Main St
Jackson, TN 38301

Randall & Nelson, PLC
PO Box 1020
Waterloo, IA 50701

Robert H. Greene, Esq.
1135 North Main St
Brockton, MA 02301

Ronald J. Kim, Esq.  "A"
PO Box 318
Saratoga Springs, NY 12866


Sac Val Janitorial Supply
2421 Del Monte Street
West Sacramento, CA 95691-3827


Sacramento Bee
PO Box 11967
Fresno, CA 93776-1967


Sacramento County
Unsecured Tax Unit
PO Box 508
Sacramento, CA 95812-0508


Sayler Legal Service, Inc.
455 Reservation Road
Marina, CA 93933


Shenandoah Legal Group, P.C.
310 Jefferson St SE
Roanoke, VA 24002-0075


Sierra Office Supply & Printing
9950 Horn Rd
Suite 5
Sacramento, CA 95827


Sorman & Frankel, LTD
203 North La Salle St
Suite 2350
Chicago, IL 60601


Southern & Allen
12410 Cantrell
Suite 100
Little Rock, AR 72223


Staples Business Advantage
Dept LA 1368
PO Box 83689
Chicago, IL 60696-3689

Stark & Stark, P.C.
993 Lenox Drive
3rd Floor
Lawrenceville, NJ 08648


State of Idaho
Matthew R. Eason, Esq.
Eason & Tambornini
1819 K St., Ste. 200
Sacramento, CA 95811


Stephen B Elggren P.C.
7390 South Creek Rd
#201
Sandy, UT 84093


Stokes & Clinton
Attorney at Law
A Professional Corporation
PO Box 991801
Mobile, AL 36691


Talx Corporation
4076 Payshere Circle
Chicago, IL 60674


Telepacific Communications
515 South Flower Street, 47th Floor
Los Angeles, CA 90071


The Gallagher Group
Legal Photocopy Service
2619 La Mesa Way
Sacramento, CA 95825-0336


The Hartford
PO Box 2907
Hartford, CT 06104-2907


Thompson West
West Payment Center
PO Box 6292
Carol Stream, IL 60197-6292

Tommy Lowe
DBA T&J Attorney Service
625 Webster St
Fairfield, CA 94533


Tracy Gallegos  "A"
c/o Law Offices of Gregory A. Thyberg
101 Parkshore Dr., Ste. 100
Folsom, CA 95630


Travelers
13607 Collections Center Dr
Chicago, IL 60693


TSI
2829 Townsgate Rd
Suite 103
Westlake Village, CA 91361


Webco Communications
8139 Sunset Ave
Suite 251
Fair Oaks, CA 95628


Weinstock, Friedman & Friedman
4 Reservoir Circle
Baltimore, MD 21208


Willson & Pechacek, P.L.C.
421 West Broadway
Suite 200
PO Box 2029
Council Bluffs, IA 51502-2029


Wine Country Family Law Office  "A"
220 N. Cloverdale Blvd, Suite B
Cloverdale, CA 95425


Young Williams P.A.
2000 Amsouth Plaza
Jackson, MS 39201

Zaylanin Southavilay  "C"
Gay Grunfeld, Esq./ Nura Maznavi, Esq.
Rosen Bien & Galvan LLP
315 Montgomery St., 10th Fl
San Francisco, CA 94104


Zurich North America
8712 Innovation Way
Chicago, IL 60682-0087