

```
BUCHALTER NEMER
A Professional Corporation
    JEFFREY B. KIRSCHENBAUM (SBN: 152290)
    NEIL J. RUBENSTEIN (SBN: 77975)
    CRAIG C. CHIANG (SBN: 209602)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: cchiang@buchalter.com

Attorneys for Secured Creditor
First Bank, a Missouri banking corporation
```

**FILED**
**NOV 1 5 2010**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| NCA FINANCIAL SERVICES, INC. aka NCA FINANCIAL, INC.<br><br>Debtor. | Case No. 09-31129<br><br>DC No. CCC-2<br><br>Chapter 7<br><br>**ORDER ESTABLISHING TRUSTEE'S ABANDONMENT OF THE ESTATE'S ASSETS**<br><br>Date: November 15, 2010<br>Time: 9:00 a.m.<br>Place: 501 I Street, 7th Floor, Courtroom 28<br>         Sacramento, California |

On November 15, 2010 at 9:00 a.m., a hearing was held (the "Hearing") on the Motion for Order Establishing Trustee's Abandonment of the Estate's Assets ("Abandonment Motion") filed by First Bank, a Missouri banking corporation, in its individual capacity and as Administrative Agent pursuant to that certain Credit Agreement, dated as of March 30, 2006 ("First Bank"), before the Honorable Michael S. McManus, United States Bankruptcy Judge presiding, in courtroom 28, United States Bankruptcy Court, located at 501 I Street, Sacramento, California. At the Hearing, First Bank appeared through its counsel, Buchalter Nemer, A Professional

Corporation, by Neil J. Rubenstein and Craig C. Chiang; all other appearances, if any, are noted on the record.

Having considered the Abandonment Motion, all other papers on file relating to the Abandonment Motion, and the arguments of counsel at the Hearing, it appearing that notice has been appropriately served, and other good cause appearing,

**IT IS ORDERED** that the Abandonment Motion is granted;

**IT IS FURTHER ORDERED** that all assets of the Chapter 7 estate (the "Estate") of NCA Financial Services, Inc., the above-captioned debtor, including, but not limited to, any and all personal property, accounts receivable, books and records, and all claims, demands, and causes of action, including those relating to the accounts receivable and those that Estate may have against First Bank, are deemed abandoned pursuant to 11 U.S.C. §554.

**IT IS FURTHER ORDERED** that this Order is effective immediately.

Dated: 15 Nov 2010

_____
Honorable Michael S. McManus